# EXHIBIT M

## (to Declaration Of Robert J. Wasserman)



September 12, 2017

«First» «Last»
«Address1»
«Address2»
«CITY», «State» «Zip»

RE: TRAINING CONTRACT PAYMENT DRIVER # «DriverID»

DEAR «First»,

We are sorry to learn that you have elected not to continue your trucking career with CRST. We wish you success in whatever undertaking you have chosen to pursue but we would like you to first consider returning to work for us. In these challenging economic times CRST has consistently posted solid business results. If eligible, we would like to discuss your possible return. Unfortunately, if you are not eligible to return or have made your final decision we must collect on our agreement with you concerning your school tuition.

**The Driver Employment Contract that you signed with CRST for training costs is now in effect due to your failure to complete the terms of your contract.**

| Training: | Transportation: | Taxes: |
|---|---|---|
| $«Tuition» | $«Transport» | $«Taxes» |
| Physical: | Fines: | Accident: |
| $«Physical» | $«Fines» | $«Accident» |
| Drug Test: | Advances: | Miscellaneous: |
| $«Drug» | $«Advances» | $«Misc» |
| Housing: | | |
| $«Housing» | | |

**Total Amount Due: $ «OrigBalance»**

**Miscellaneous Charge Details**

| Abandonment: | Maintenance: | Satellite: |
|---|---|---|
| $«Abandonment» | $«Maintenance» | $«Satellite» |
| Equipment: | Map Pac: | Toll Violations: |
| $«Equipment» | $«Map_Pac» | $«Toll_Violations» |
| Fuel Tax:   $«Fuel_Tax» | Occupational Ins: | Tow/Secure: |
| Fuel: | $«Occupational_Insurance» | $«TowSecure» |
| $«Fuel» | Physical Damage Ins: | Trlr Rent: |
| Guaranteed Ded: | $«Physical_Damage_Insurance» | $«Trlr_Rent» |
| $«Guaranteed_Ded» | Processing Fee: | Unauthorized DH: |
| Image Scanning: | $«Processing_Fee» | $«Unauthorized_DH» |
| $«Image_Scanning» | Repairs: | Unauthorized Miles: |
| Lic/Permits: | $«Repairs» | $«Unauthorized_Miles» |
| $«LicPermits» | | |
| Logo Store: | | |
| $«Logo_Store» | | |

There are two ways avoid further collection efforts on this debt:

1) Return to work for CRST and fulfill the remaining terms of your contract. Call the rehire group at 866-706-5647. OR 2) Make payment of the amount due. We will accept Visa, MasterCard, Discover, American Express, Comcheck, Cashier's Check, or Money Order for this amount. In addition, when we receive this payment in full, CRST will release your diploma and any other school records we have on file. If you cannot pay off the full amount of the loan at this time, we would be willing to accept monthly payments at 18% interest if you comply with the Restrictive Term as stated in your Driver Employment Contract.

Please remit your payment to:   CRST Expedited
ATTN: Driver Collections
P.O. Box 68
Cedar Rapids, IA  52406



EXHIBIT: 23
DATE: 9-14-17
L. WINSLOW-HAIDSIAK



Be sure to clearly mark your <u>name, driver number and/or social security number</u> on your check or money order to ensure that your account is properly credited.

Please contact me immediately at **(800) 366-8460 ext 2880**. If you have any questions or to make alternative payment arrangements. <u>If we do not hear from you by **April 10,2017** we may TURN THIS ACCOUNT OVER TO OUR COLLECTION AGENCY. This may affect your current and future credit rating.</u>

Invoice Date:  September 12, 2017
**Account Number:**  «DriverID»

«First» «Last»
«Address1»
«Address2»
«CITY», «State»  «Zip»

**Make check or money order payable to:  CRST EXPEDITED**

For billing inquiries, please call Driver Collections at (800) 366-8460  ext. 2880.

*Please detach and mail bottom portion with your payment to:*
CRST Expedited   ATTN: Driver Collections   P.O. Box 68   Cedar Rapids, IA   52406

---

| Account | Due Date | Amount Due |
|---|---|---|
| «DriverID» - «Last», «First» | 04/10/17 | !Undefined Bookmark, ORIGBALAN |

Send payment to:

CRST Expedited
ATTN: Driver Collections
P.O. Box 68
Cedar Rapids, IA  52406

[  ] Check here for name, address, or home phone number changes and fill in new information below

Name _____

Street Address _____

City _____ ST_____ Zip _____