James H. Hanson, *Pro Hac Vice*
jhanson@scopelitis.com
R. Jay Taylor, Jr., *Pro Hac Vice*
jtaylor@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Tel: 317-637-1777; Fax: 317-687-2414

Charles Andrewscavage, *Pro Hac Vice*
candrewscavage@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
30 West Monroe Street, Suite 600
Chicago, IL 60603
Tel: 312-255-7200; Fax: 312-422-1224

James V. Dick, *Pro Hac Vice*
james.dick@pillsburylaw.com
Jeetander T. Dulani, *Pro Hac Vice*
jeetander.dulani@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 17th Street N.W.
Washington, D.C. 20036
Tel: 202-663-8000; Fax: 202-663-8007

Attorneys for Defendants,
CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS MARKSON, MARK MCGEORGE, CLOIS MCCLENDON, and ERIC CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST INTERNATIONAL, INC., CRST EXPEDITED, INC., C.R. ENGLAND, INC., WESTERN EXPRESS, INC., SCHNEIDER NATIONAL, INC., SOUTHERN REFRIGERATED TRANSPORT, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 5:17-cv-01261-VAP-SP<br><br>Honorable Judge Virginia A. Phillips<br><br>**UNOPPOSED APPLICATION OF DEFENDANTS CRST INTERNATIONAL, INC., CRST EXPEDITED, INC., AND SCHNEIDER NATIONAL, INC. TO CONTINUE THE JULY 1, 2019, SCHEDULING CONFERENCE** |

Pursuant to Local Rule No. 7 and Local Procedures No. 5 and No. 8 of this Court, Defendants CRST International, Inc., CRST Expedited, Inc. (collectively, "CRST") and Defendant Schneider National, Inc. ("Schneider") apply for a continuance of the Scheduling Conference in this case, currently scheduled for July 1, 2019.

The applicants respectfully ask that the conference be moved to Monday, July 29, 2019, if consistent with this Court's docket.

In support of this application, the applicants state:

1. On April 23, 2019, this Court set the Scheduling Conference for Monday, June 17, 2019, at 1:30 pm.

2. Lead counsel who planned to attend the June 17, 2019, Scheduling Conference on behalf of Schneider is Brent Justus of McGuireWoods LLP, whose business address is Gateway Plaza, 800 East Canal Street, Richmond, Virginia 23219.

3. Lead antitrust counsel who planned to attend the June 17, 2019, Scheduling Conference on behalf of CRST is James Dick of Pillsbury Winthrop Shaw Pittman LLP, whose business address is 1200 17th Street N.W., Washington, DC 20036.

4. On Thursday, June 13, 2019, this Court issued an Order re-scheduling the Scheduling Conference for Monday, July 1, 2019, at 1:30 pm.

5. Previously, Mr. Justus and Mr. Dick had independently made firm plans to travel to Europe from June 29, 2019, through July 7, 2019. Their travel dates would have allowed them to attend the Scheduling Conference on the original June 17 date, but those dates conflict with the re-scheduled July 1 date.

6. Counsel for CRST and Schneider have consulted with counsel for the other Defendants in this case. The earliest Monday date after July 1, 2019, on which all lead counsel for the Defendants are available is July 29, 2019.

7. No Defendant objects to a continuance of the Scheduling Conference to July 29, 2019.

8.    Counsel for CRST and Schneider have also consulted with counsel for Plaintiffs by telephone about Mr. Justus' and Mr. Dick's conflict with the July 1 date, and sought their consent to seek a continuance until July 29, 2019. Applicants are authorized to represent that "Plaintiffs do not oppose the requested continuance, but are willing and available to attend a scheduling conference on July 1, 2019."

WHEREFORE, the Applicants respectfully ask this Court to continue the Scheduling Conference to Monday, July 29, 2019, at 1:30 pm.

A Proposed Order is attached.

Dated: June 19, 2019        Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   */s/ James V. Dick*
James V. Dick
james.dick@pillsburylaw.com
Jeetander T. Dulani
jeetander.dulani@pillsburylaw.com
1200 17th Street N.W.
Washington, DC 20036
P: (202) 663-8000; F: (202) 354-4896

and

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

By:   */s/ Charles Andrewscavage*
James H. Hanson
jhanson@scopelitis.com
Charles Andrewscage
candrewscavage@scopelitis.com
30 West Monroe St., Suite 600
Chicago, IL 60603
P: (312) 255-7200; F: (312) 422-1224

Attorneys for Defendants
CRST INTERNATIONAL, INC. and
CRST EXPEDITED, INC.

|   |   |
|---|---|
| 1 | |
| 2 | MCGUIREWOODS LLP |
| 3 | By:   /s/ J. Brent Justus_____ |
|   | J. Brent Justus |
| 4 | bjustus@mcguirewoods.com |
|   | Nicholas Giles |
| 5 | ngiles@mcguirewoods.com |
|   | Gateway Plaza |
| 6 | 800 East Canal Street |
|   | Richmond, VA 23219 |

Attorneys for Defendant
SCHNEIDER NATIONAL, INC.

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, a copy of the foregoing "Unopposed Application of Defendants CRST International, Inc., CRST Expedited, Inc., and Schneider National, Inc. to Continue the July 1, 2019, Scheduling Conference," with Proposed Order, was served by email and via this Court's ECF System on the following counsel of record:

**Attorneys for Plaintiffs:**

Robert J. Wasserman
rwasserman@mayallaw.com
William J. Gorham
sgorham@mayallaw.com
Nicholas J. Scardigli
nscardigli@mayallaw.com
Vladimir J. Kozina
vjkozina@mayallaw.com
Mayall Hurley, P.C.
2453 Grand Canal Boulevard
Stockton, CA 95207-8253

Craig J. Ackermann
cjn@ackermanntilajef.com
Ackermann & Tilajef, P.C.
1180 South Beverly Drive
Suite 610
Los Angeles, CA 90035

Jonathan Melmed
jm@melmedlaw.com
Melmed Law Group, P.C.
1180 South Beverly Drive
Suite 610
Los Angeles, CA 90035

Marc M. Seltzer
mseltzer@susmangodfrey.com
Steven G. Sklaver
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

Matthew R. Berry
mberry@susmangodfrey.com
Susman Godfrey LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101

Ian M. Gore
igore@susmangodfrey.com
Susman Godfrey LLP
1301 Avenue of the Americas
32nd Floor
New York, NY 10019

**Attorneys for C.R. England, Inc.:**

Drew R. Hansen
dhansen@nossaman.com
Roy Z. Silva
rsilva@nossaman.com
Seth M. Goldstein
sgoldstein@ nossaman.com
Nossaman LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612

**Attorneys for Western Express, Inc.:**

Richard D. Marca
richard.marca@varnerbrandt.com
Jeff Olsen
Jeff.olsen@varnerbrandt.com
Varner & Brandt LLP
3750 University Avenue, Suite 610
Riverside, CA 92501

**Attorneys for Southern Refrigerated Transport, Inc.:**

Ashley Ann Dorris
adorris@snyderlaw.com
Jessica Farley
jfarley@snyderlaw.com
Snyder Burnett Egerer, LLP
5383 Hollister Ave., Suite 240
Santa Barbara, CA 93111

/s/ *James V. Dick*
James V. Dick