UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED 17-cv-01261 VAP (SPx) | Date | 8/5/2019 |
| Title | *Curtis Markson, et al  v.  CRST International Inc., et al* | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Marc M. Seltzer<br>Steven Sklaver<br>Robert J. Wasserman | James V. Dick/R. Jay Taylor, Jr. (CRST)<br>Drew R. Hansen (C.R. England)<br>Jeff T. Olsen (Western Exp)<br>J. Brent Justus (Schneider Nat'l)<br>Jessica Farley (Southern Ref) |

**Proceedings:** SCHEDULING CONFERENCE

Court and counsel confer re case and settlement status. The settlement conference shall be conducted no later than **September 1, 2020.** The parties shall file a joint report no later than 10 days after the settlement conference regarding the progress of mediation. The parties elect to proceed with Settlement Procedure No. 3, private mediation. The parties shall file a joint report by no later than **September 9, 2019**, informing the Court of the selected mediator.

The Court sets the deadline schedule as to the Motion for Class Certification Motion set forth in a separate Civil Trial Scheduling Order to be filed and served on counsel by the clerk. Upon resolution of the Motion for Class Certification, the Court will set further deadline dates as ordered.

IT IS SO ORDERERED.

**cc: ADR Program**