Marc M. Seltzer
mseltzer@susmangodfrey.com
Steven G. Sklaver
ssklaver@mcguirewoods.com
Susman Godfrey LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
P: (310) 789-3100; F: (310) 789-3150

Robert J. Wasserman
rwasserman@mayallaw.com
Mayall Hurley, P.C.
2453 Grand Canal Boulevard
Stockton, CA 95207-8253
P: (209) 477-3833; F: (209) 473-4818

Craig J. Ackermann
cja@ackermanntilajef.com
Ackermann & Tilajef, P.C.
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
P: (310) 277-0614; F: (310) 277-0635

Attorneys for Plaintiffs CURTIS MARKSON, MARK McGEORGE, CLOIS MCCLENDON, and ERIC CLARK

*Additional Counsel Listed on Signature Pages*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MARKSON, MARK MCGEORGE, CLOIS MCCLENDON, and ERIC CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST INTERNATIONAL, INC.; CRST EXPEDITED, INC.; C.R. ENGLAND, INC.; WESTERN EXPRESS, INC.; SCHNEIDER NATIONAL CARRIERS, INC.; SOUTHERN REFRIGERATED TRANSPORT, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 5:17-cv-01261-VAP-SP<br><br>**JOINT STATUS REPORT REGARDING SELECTION OF MEDIATOR** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Court's order at the Scheduling Conference held August 5, 2019, *see* Doc. No. 177, the parties submit this Joint Report Regarding Selection of Mediator. The parties have conferred regarding a potential mediator in this matter and have selected the following mediator to oversee their private mediation:

Barbara A. Reeves (JAMS)

1925 Century Park East, Suite 1400

Los Angeles, CA 90067

Telephone: (310) 309-6220

Facsimile: (310) 396-7576

**DATED:** September 9, 2019       **SUSMAN GODFREY LLP**

By: */s/ Marc M. Seltzer*_____
Marc M. Seltzer
mseltzer@susmangodfrey.com
Steven G. Sklaver
ssklaver@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
P: (310) 789-3100; F: (310) 789-3150

Ian M. Gore
igore@susmangodfrey.com
Matthew R. Berry
mberry@susmangodfrey.com
1201 Third Avenue, Suite 3800
Seattle, WA 98101
P: (206) 516-3880; F: (206) 516-3883
Counsel for Plaintiffs and the Putative Class

**DATED:** September 9, 2019       **MAYALL HURLEY P.C.**

By: */s/ Robert J. Wasserman*_____
Robert J. Wasserman
rwasserman@mayallaw.com
William J. Gorham
wgorham@mayallaw.com
Nicholas J. Scardigli
nscardigli@mayallaw.com
2453 Grand Canal Boulevard
Stockton, CA 95207-8253
P: (310) 277-0614; F: (310) 277-0635
Counsel for Plaintiffs and the Putative Class

**DATED:** September 9, 2019       **ACKERMANN & TILAJEF P.C.**

By: */s/ Craig J. Ackermann*_____
Craig J. Ackermann
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
P: (310) 277-0614; F: (310) 277-0635
Counsel for Plaintiffs and the Putative Class

**DATED:** September 9, 2019       **MELMED LAW GROUP P.C.**

By: */s/ Jonathan Melmed*_____
Jonathan Melmed
jm@melmedlaw.com
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
P: (310) 824-3828; F: (310) 862-6851
Counsel for Plaintiffs and the Putative Class

**DATED:** September 9, 2019     **MCGUIREWOODS LLP**

By: /s/ *J. Brent Justus* _____
J. Brent Justus
bjustus@mcguirewoods.com
Nicholas Giles
ngiles@mcguirewoods.com
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
P: (804) 775-1000; F: (804) 775-1061

Matthew C. Kane
mkane@mcguirewoods.com
Amy E. Beverlin
abeverlin@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
P: (310) 315-8200; F: (310) 315-8210
Counsel for Defendant,
SCHNEIDER NATIONAL CARRIERS, INC.

**DATED:** September 9, 2019     **NOSSAMAN LLP**

By: /s/ *Drew R. Hansen* _____
Drew R. Hansen
dhansen@nossaman.com
Seth M. Goldstein
sgoldstein@nossaman.com
Roy Z. Silva
rsilva@nossaman.com
535 Anton Boulevard, 9th Floor
Costa Mesa, CA 92626-7109
P: (714) 549-6200; F: (714) 549-6155
Counsel for Defendant,
C.R. ENGLAND, INC.

**DATED:** September 9, 2019     **SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.**

By: /s/ *James H. Hanson* ____ ____
James H. Hanson
jhanson@scopelitis.com
R. Jay Taylor, Jr.
jtaylor@scopelitis.com
Adam J. Eakman
aeakman@scopelitis.com
10 West Mark St., Suite 1400
Indianapolis, MN 46204
P: (317) 637-1777; F: (317) 687-2414

Charles Andrewscavage
candrewscavage@scopeliti.com
30 West Monroe St., Suite 600
Chicago, IL 60603

P: (312) 255-7200; F: (312) 422-1224

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ *James V. Dick*_____
James V. Dick
james.dick@pillsburylaw.com
Jeetander T. Dulani
Jeetander.dulani@pillsburylaw.com
1200 17th Street NW
Washington, DC 20036
P: (202) 663-8000; F: (202) 663-8007

Counsel for Defendants,
CRST INTERNATIONAL, INC. and
CRST EXPEDITED, INC.

**DATED:** September 9, 2019           **SNYDER BURNETT EGERER, LLP**

By: /s/  *Jessica Farley*_____
Jessica Farley
jfarley@sbelaw.com
Ashley Ann Dorris
aegerer@sbelaw.com
5383 Hollister Ave., Ste. 240
Santa Barbara, CA 93111
P: (805) 692-2800; F: (805) 695-2801
Counsel for Defendant,
SOUTHERN REFRIGERATED
TRANSPORT, INC.

**DATED:** September 9, 2019           **VARNER & BRANDT LLP**

By: /s/ *Richard D. Marca*_____
Richard D. Marca
Richard.marca@varnerbrandt.com
Jeff Olsen
Jeff.Olsen@varnerbrandt.com
3750 University Ave., Suite 610
Riverside, CA 92501
P: (951) 274-7777; F: (951) 274-7770
Counsel for Defendant
WESTERN EXPRESS, INC.

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

5