1 | MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
2 | STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
3 | KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
4 | ROHIT D. NATH (316062)
rnath@susmangodfrey.com
5 | SUSMAN GODFREY L.L.P.
6 | 1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
7 | Phone: (310) 789-3100 / Fax: (310) 789-3150

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MARKSON, MARK MCGEORGE, CLOIS MCCLENDON, and ERIC CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CRST INTERNATIONAL, INC., CRST EXPEDITED, INC.; C.R. ENGLAND, INC., WESTERN EXPRESS, INC., SCHNEIDER NATIONAL CARRIERS INC., SOUTHERN REFRIGERATED TRANSPORT, INC., COVENANT TRANSPORT, INC., PASCHALL TRUCK LINES, INC., STEVENS TRANSPORT, INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-01261-SB (SPx)<br><br>**NOTICE OF SETTLEMENT AS TO WESTERN EXPRESS, INC.**<br><br>Discovery Cutoff Date: July 2, 2021<br>Pretrial Conference Date: TBD<br>Trial Date: TBD |

Pursuant to Local Rule 40-2 and Paragraph 1(d) of the Court's Standing Order for Civil Cases, Plaintiffs and Defendant Western Express, Inc. hereby provide notice to the Court that they have, with the assistance of a mediator, reached a settlement on behalf of a proposed settlement class, subject to additional documentation and Court approval. This settlement is between Plaintiffs and Western Express only, and does not include any other defendant.

Plaintiffs and Western Express anticipate completing documentation of the settlement within 45 days and the filing of a motion for preliminary approval within 30 days of execution of a final settlement agreement.

With Plaintiffs' agreement, Western Express hereby requests relief from all future court deadlines and hearings.

Dated: August 26, 2021                    Respectfully submitted,

                                          SUSMAN GODFREY L.L.P.

                                          By:  *Steven G. Sklaver*
                                                Steven G. Sklaver
                                                *Attorneys for Plaintiffs*


                                          VARNER & BRANDT L.L.P.

                                          By:  *Richard D. Marca*
                                                Richard D. Marca
                                                *Attorneys for Defendant Western Express, Inc.*

1

1 **LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

2