**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann, CA Bar No. 229832
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

*Attorneys for Plaintiff and the Putative Class*

(Additional counsel for Plaintiffs Listed on Signature Page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MARKSON, MARK MCGEORGE, CLOIS MCCLENDON, and ERIC CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST INTERNATIONAL, INC., CRST EXPEDITED, INC.; C.R. ENGLAND, INC., WESTERN EXPRESS, INC., SCHNEIDER NATIONAL CARRIERS, INC., SOUTHERN REFRIGERATED TRANSPORT, INC., COVENANT TRANSPORT, INC., PASCHALL TRUCK LINES, INC., STEVENS TRANSPORT, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-01261-SB (SPx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS**<br><br>Judge:    Hon. Stanley Blumenfeld, Jr.<br>Date:     January 7, 2022<br>Time:    8:30 a.m.<br>Location: Courtroom 6C<br>              350 West 1st Street<br>              Los Angeles, CA 90012<br><br>Discovery Cutoff Date: 7/2/2021<br>Pretrial Conference Date: TBD<br>Trial Date: TBD |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that, on **January 7, 2022**, at **8:30 a.m.** or as soon thereafter as the matter may be heard, in Courtroom 6C of the United States District Court for the Central District of California, located at the United States Courthouse at 350 W. 1st Street, Los Angeles, California, before the Honorable Stanley Blumenfeld, Jr., pursuant to Federal Rules of Civil Procedure 23(e) and (g), Plaintiffs Curtis Markson, Mark McGeorge, Clois McClendon, and Eric Clark ("Plaintiffs") individually and on behalf of all others similarly situated, will and do hereby move this Court for entry of an Order:

1. preliminarily certifying a class for purposes of settlement;
2. preliminarily appointing Plaintiffs as Class Representatives for purposes of settlement;
3. preliminarily appointing Mark M. Seltzer, Steven G. Sklaver, Matthew Berry, Krysta Kauble Pachman, and Ian M. Gore of Susman Godfrey L.L.P., William J. Gorham and Robert J. Wasserman of Mayall Hurley P.C., Craig J. Ackermann and Avi Kreitenberg of Ackermann & Tilajef, P.C., and Jonathan Melmed of Melmed Law Group, P.C. as Class Counsel for purposes of settlement;
4. preliminarily approving the settlements as fair, adequate, and reasonable, based upon the terms set forth in the Parties' Settlement Agreements ("Settlement Agreements"), including payment by Defendant Paschall Truck Lines, Inc. ("PTL") of the non-reversionary amount of $700,000.00; payment by Defendant Schneider National Carriers ("SNC") of the non-reversionary amount of $750,000.00; payment by Defendants Covenant Transport, Inc. ("CT") and Southern Refrigerated Transport, Inc. ("SRT") of the non-reversionary amount of $800,000.00; and payment by Defendant Western Express, Inc. ("WE") of the non-reversionary amount of $2,000,000.00. In total the Gross Settlement Amount ("GSA") totals $4,250,000.00;

5. preliminarily approving Service Awards of up to $25,000.00 for each of the named Plaintiffs from the GSA in recognition of their significant service to the Settlement Class;
6. preliminarily approving Plaintiff's Counsel's request for an amount not in excess of one-fourth of the benefits created for the Class (that is, the value of the Settlement Fund plus the value of non-cash relief secured), plus reimbursement of litigation costs incurred in litigating and resolving this case up to $1,000,000.00;
7. preliminarily approving all administrative fees incurred in administering all class notice and the settlement, including those fees incurred by the Settlement Administrator;[1]
8. setting a schedule to implement the settlements; and
9. ordering all of the Defendants to provide contact information for members of the settlement class to the claims administrator for purposes of providing notice to the class.

This motion is based upon the supporting Memorandum of Points and Authorities, the Declaration of Ian M. Gore, the Settlement Agreements, and the other papers and exhibits filed herewith.

The Settling Defendants (PTL, SNC, CT, SRT, and WE) do not oppose entry of an Order filed herewith granting preliminary approval of the proposed class action settlement and setting a final approval and fairness hearing. Moreover, the Non-Settling Defendants (the CRST Defendants, C.R. England, Inc., and Stevens Transport, Inc.) do not oppose this motion insofar as it requires them to provide contact information for members of the settlement class to the claims administrator.

This motion is made following the conferences of counsel pursuant to L.R. 7-3 which took place on several occasions in October 2021.

---

[1] In order to mitigate the costs of notice and the administration of the settlement, the Plaintiffs shall endeavor, if practicable, to disseminate notice with any other settlements that have been or are reached in the Action at the time the Notice Motion is filed.

Respectfully submitted,

Dated: December 6, 2021        By:    */s/ Craig J. Ackermann*

Craig J. Ackerman (229832)
cja@ackermanntilajef.com
ACKERMANN AND TILAJEF, P.C.
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614

Marc M. Seltzer
mseltzer@susmangodfrey.com
Steven G. Sklaver
ssklaver@susmangodfrey.com
Krysta Kauble Pachman
kpachman@susmangodfrey.com
Rohit D. Nath
rnath@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Matthew R. Berry (*Pro Hac Vice*)
mberry@susmangodfrey.com
Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880

Robert J. Wasserman
rwasserman@mayallaw.com
William J. Gorham
wgorham@mayallaw.com
Nicholas J. Scardigli
nscardigli@mayallaw.com
Vladimir J. Kozina
vjkozina@mayallaw.com

- 4 -

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

|  |  |
|---|---|
| 1 | MAYALL HURLEY P.C. |
| 2 | 2453 Grand Canal Boulevard |
|   | Stockton, California 95207 |
| 3 | Telephone: (209) 477-3833 |

Johnathan Melmed (290218)
jm@melmedlaw.com
MELMED LAW GROUP P.C.
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 824-3828

***Attorneys for Plaintiffs***