UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MARKSON, MARK MCGEORGE, CLOIS MCCLENDON, and ERIC CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST INTERNATIONAL, INC., CRST EXPEDITED, INC.; C.R. ENGLAND, INC., WESTERN EXPRESS, INC., SCHNEIDER NATIONAL CARRIERS, INC., SOUTHERN REFRIGERATED TRANSPORT, INC., COVENANT TRANSPORT, INC., PASCHALL TRUCK LINES, INC., STEVENS TRANSPORT, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-01261-SB (SPx)<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS**<br><br>Judge:    Hon. Stanley Blumenfeld, Jr.<br>Date:     January 7, 2022<br>Time:    8:30 a.m.<br>Location: Courtroom 6C<br>              350 West 1st Street<br>              Los Angeles, CA 90012 |

Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlements came before this Court.  The Court, having considered the papers submitted by the parties, HEREBY ORDERS THE FOLLOWING:

1. The Court grants preliminary approval of the settlements (the "Settlements") reached between Plaintiffs and (a) Paschall Truck Lines, Inc.; (b) Schneider National Carriers, Inc.; (c) Western Express, Inc.; and (d) Covenant Transport, Inc. and Southern Refrigerated, Inc. (collectively, the "Settling Defendants").

2. The Settlements fall within the range of reasonableness and appear to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3. A final fairness hearing on the question of whether the proposed Settlements, attorneys' fees and costs to Class Counsel, and the Class Representatives' Service Awards should be finally approved as fair, reasonable and adequate as to the members of the Class is scheduled on the date and time set forth in the implementation schedule in Paragraph 8 below.

4. It is ordered that the Settlement Class is preliminarily certified for settlement purposes only.

5. The Court preliminarily appoints Plaintiffs Curtis Markson, Mark McGeorge, Clois McClendon, and Eric Clark as class representatives for the Settlement Class.

6. The Court further preliminarily appoints Mark M. Seltzer, Steven G. Sklaver, Matthew Berry, Krysta Kauble Pachman, and Ian M. Gore of Susman Godfrey L.L.P., William J. Gorham and Robert J. Wasserman of Mayall Hurley P.C., Craig J. Ackermann and Avi Kreitenberg of Ackermann & Tilajef, P.C., and Jonathan Melmed of Melmed Law Group, P.C. as Class Counsel for the Settlement Class.  The Court finds Class Counsel adequate and experienced in similar litigation.

7. The Court orders all Defendants, including the Non-Settling Defendants, CRST International, Inc., CRST Expedited, Inc., C.R. England, Inc., and Stevens Transport, Inc. to provide reasonably available contact information for members of the

Settlement Class, including full name, driver ID (or similar designation as used by each Defendant), last known address(es), last known phone number(s), and last known email address(es) to the settling parties' Settlement Administrator to effectuate notice to the Settlement Class by the date stated in the below Implementation Schedule.

8. The Court orders the following Implementation Schedule for further proceedings:

| | |
|---|---|
| Deadline for Settling Defendants to comply with notice provisions of Class Action Fairness Act, 28 U.S.C. § 1715. | Within 10 days after filing of the Motion for Preliminary Approval |
| Deadline for Defendants to provide contact information of class members to Settlement Administrator | 45 days after the entry of this Order |
| Deadline for Class Counsel to file Notice Motion | Within 90 days after the entry of this Order |
| Deadline for Class Counsel to file Motion for Final Approval of the Settlements | 28 days prior to Final Approval Hearing |
| **Final Approval Hearing** | **120 Days After the Approval of the Notice Motion** |

11. If any of the dates in this Implementation Schedule falls on a weekend, bank or Court holiday, the time to act shall be extended to the next business day.

**IT IS SO ORDERED.**

Dated: _____  _____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE