**McGuireWoods LLP**
Nicholas J. Giles, *admitted pro hac vice*
ngiles@mcguirewoods.com
800 E. Canal Street
Richmond, VA 23219
P: 804-775-4760
F: 804-698-2040

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MARKSON, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>CRST INTERNATIONAL, INC., *et al.*,<br><br>    Defendants. | CASE NO. 5:17-cv-01261<br><br>**DEFENDANT SCHNEIDER NATIONAL CARRIERS' MOTION TO APPEAR REMOTELY VIA ZOOM AT HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with Declaration of Nicholas J. Giles and Proposed Order]<br><br>Date: August 5, 2022<br>Time: 8:30 A.M.<br>Place: Courtroom 6C<br>Judge: Hon. Stanley Blumenfeld |

TO THE COURT, PARTIES, AND ALL ATTORNEYS OF RECORD:

Pursuant to this Court's Civil Standing Order, Defendant Schneider National Carriers ("Schneider") respectfully requests that this Court grant leave for its counsel Nicholas J. Giles to appear remotely via Zoom at the August 5 hearing on the Non-Settling Defendants' Motion for Summary Judgment.

Schneider submits that good cause exists as Mr. Giles, who is lead counsel for Schneider in this matter, works and resides in Richmond, VA, and would incur significant travel expenses traveling to Los Angeles to attend the hearing. Because Schneider has settled and is not moving for summary judgment, Schneider does not anticipate that Mr. Giles will participate at the hearing. Therefore, his attendance via Zoom will enable Schneider to conserve costs without prejudicing either the parties or the Court's ability to decide the motion.

Respectfully submitted,

**McGuireWoods LLP**

By:   /s/ *Nicholas J. Giles*

Nicholas J. Giles

*Counsel for Defendant Schneider National Carriers, Inc.*

DATED:   August 2, 2022

2
Schneider's Motion to Appear Remotely via Zoom