# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MARKSON, *et al.*, | |
| Plaintiffs, | CASE NO. 5:17-cv-01261 |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANT SCHNEIDER NATIONAL CARRIERS' MOTION TO APPEAR REMOTELY VIA ZOOM AT HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| CRST INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |

The Court, having considered the motion of Schneider National Carriers, along with the supporting Declaration of Nicholas J. Giles, and for good cause shown, hereby grants the motion.  IT IS ORDERED that the request of Nicholas J. Giles to appear remotely via Zoom at the hearing on Defendants' Motion for Summary Judgment, which is scheduled to take place on August 5, 2022, is hereby GRANTED.

DATED: _____          _____

HON. STANLEY BLUMENFELD, JR.
United States District Judge