| | |
|---|---|
| MAYALL HURLEY, P.C.<br>ROBERT J. WASSERMAN (258538)<br>rwasserman@mayallaw.com<br>WILLIAM J. GORHAM III (151773)<br>wgorham@mayallaw.com<br>2453 Grand Canal Boulevard<br>Stockton, California 95207-8253<br>Telephone:  (209) 477-3833<br>Facsimile:  (209) 473-4818<br><br>Attorneys for Plaintiffs<br>(Additional Counsel for Plaintiffs and the Parties to this Stipulation Listed on Signature Page) | James H. Hanson<br>jhanson@scopelitis.com<br>Scopelitis, Garvin, Light, Hanson & Feary, LLP<br>10 West Market Street, Suite 1400<br>Indianapolis, IN 46204<br>Telephone: (317) 3671777<br><br>Attorneys for Defendants, CRST International, Inc. and CRST Expedited, Inc. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MARKSON, MARK MCGEORGE, CLOIS MCCLENDON, and ERIC CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST INTERNATIONAL, INC., CRST EXPEDITED, INC., C.R. ENGLAND, INC., WESTERN EXPRESS, INC., SCHNEIDER NATIONAL CARRIERS, INC., SOUTHERN REFRIGERATED TRANSPORT, INC., COVENANT TRANSPORT, INC., PASCHALL TRUCK LINES, INC., STEVENS TRANSPORT, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:17-cv-01261-SB (SPx)<br><br>**Joint Stipulation And [Proposed] Order to Continue Plaintiffs' Deadline to File Motions for Preliminary Approval of Class Action Settlements**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br>Location: Courtroom 6C<br>　　　　　350 West 1st Street<br>　　　　　Los Angeles, CA 90012 |

Joint Stipulation

Plaintiffs Curtis Markson, Mark McGeorge, Clois McClendon, and Eric Clark (collectively "Plaintiffs") and Defendants CRST International, Inc. and CRST Expedited, Inc. ("CRST") and Defendant C.R. England, Inc. ("C.R. England") (collectively, "the Parties"), by and through their counsel of record hereby stipulate and agree to the following:

1. WHEREAS, Plaintiffs and CRST have reached an agreement to settle this matter on a classwide basis, subject to Court approval.

2. WHEREAS, Plaintiffs and C.R. England have reached an agreement to settle this matter on a classwide basis, subject to Court approval.

3. WHEREAS, on August 11, 2022, the Parties' filed their Notice of Settlement (Dkt. No. 690) informing the Court that the Parties had reached a settlement, and anticipated filing a motion for preliminary approval within 30 days of August 11, 2022.

4. WHEREAS, on August 11, 2022, in response to the Notice of Settlement, this Court issued its Order stating that "All remaining deadlines in this action are STAYED for 30 days to allow the parties to file their motion(s) for preliminary class settlement approval. If the stay is lifted for failure to timely file the anticipated motion(s), the Court will add no more than 30 days to the current deadlines." Dkt. No. 691.

5. WHEREAS, although the Parties reached a settlement in principle, the Parties are still negotiating certain provisions of the long-form settlement agreement.

6. WHEREAS, the Parties have been working diligently and cooperatively in finalizing the long-form settlement agreements, but need additional time finalize the settlement agreements and file the respective motions for preliminary approval of the class action settlement.

Joint Stipulation

7. THEREFORE, the Parties respectfully request that the Court continue the current deadline for the Parties to submit their motions for preliminary approval by 30 days to **October 7, 2022.** The Parties do not anticipate needing the full 30 days, but also do not want to burden the Court with further requests.

Dated: September 9, 2022

By: /s/ Robert J. Wasserman
Robert J. Wasserman
rwasserman@mayallaw.com
William J. Gorham
wgorham@mayallaw.com
MAYALL HURLEY P.C.
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone: (209) 477-3833

Marc M. Seltzer
mseltzer@susmangodfrey.com
Steven G. Sklaver
ssklaver@susmangodfrey.com
Krysta Kauble Pachman
kpachman@susmangodfrey.com
Rohit D. Nath
rnath@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Matthew R. Berry (*Pro Hac Vice*)
mberry@susmangodfrey.com
Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101

Joint Stipulation

|   |   |
|---|---|
|   | Telephone: (206) 516-3880 |
|   | Craig J. Ackerman (229832)<br>cja@ackermanntilajef.com<br>ACKERMANN AND TILAJEF, P.C.<br>1180 South Beverly Drive, Suite 610<br>Los Angeles, California 90035<br>Telephone: (310) 277-0614 |
|   | Jonathan Melmed (290218)<br>jm@melmedlaw.com<br>MELMED LAW GROUP P.C.<br>1801 Century Park East, Suite 850<br>Los Angeles, California 90<br>Telephone: (310) 824-3828 |
|   | ***Attorneys for Plaintiffs*** |
| Dated: September 9, 2022 | By   /s/ Christopher C. McNatt<br>Christopher C. McNatt (174559)<br>cmcnatt@scopelitis.com<br>Scopelitis, Garvin, Light, Hanson & Feary, LLP<br>2 North Lake Avenue, Suite 560<br>Pasadena CA 91101<br>Telephone:  626-795-7400 |
|   | James H. Hanson<br>jhanson@scopelitis.com<br>Scopelitis, Garvin, Light, Hanson & Feary, P.C.<br>10 West Market Street, Suite 1400<br>Indianapolis, IN 46204<br>Telephone:  (317) 3671777<br>***Attorneys for Defendants,***<br>***CRST International, Inc. and***<br>***CRST Expedited, Inc.*** |

Joint Stipulation

|     |     |     |
| --- | --- | --- |
| Dated: September 9, 2022 | By | /s/ Seth M. Goldstein |
|  |  | Seth M. Goldstein |
|  |  | sgoldstein@nossaman.com |
|  |  | Drew R. Hansen |
|  |  | dhansen@nossaman.com NOSSAMAN LLP |
|  |  | 18101 Von Karman Avenue Suite 1800 |
|  |  | Irvine, CA 92612 Telephone: (949) 833-7800 Facsimile: (949) 833-7878 |
|  |  | ***Attorneys for Defendant, C.R. England, Inc.*** |

Joint Stipulation

## Local Rule 5-3.3.4 Attestation

Pursuant to Local Rule 5-3.3.4(a)(2), I attest that all of the signatories listed above concur in this filing's contents and have authorized the filing of this document and the proposed Order filed herewith.

September 9, 2022        MAYALL HURLEY, P.C.

/s/ Robert Wasserman
ROBERT WASSERMAN, ESQ.

4860-5399-8386, v. 1

Joint Stipulation