**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
*jm@melmedlaw.com*
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiffs and the Putative Class

(*Additional Counsel Listed on Signature Page*)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MARKSON, MARK MCGEORGE, CLOIS MCCLENDON, and ERIC CLARK, individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST INTERNATIONAL, INC.; CRST EXPEDITED, INC.; C.R. ENGLAND, INC.; WESTERN EXPRESS, INC.; SCHNEIDER NATIONAL CARRIERS, INC.; SOUTHERN REFRIGERATED TRANSPORT, INC.; COVENANT TRANSPORT, INC.; PASCHALL TRUCK LINES, INC.; STEVENS TRANSPORT, INC.; and DOES 1 TO 10,<br><br>Defendants. | Case Number: 5:17-cv-01261-SB (SPx)<br><br>**Supplemental Declaration of Jonathan Melmed in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br>Date: February 17, 2023<br>Time: 8:30 a.m.<br>Location: Courtroom 6C<br>350 West 1st Street<br>Los Angeles, California 90012<br><br>Action Filed: May 15, 2017<br>Removal Date: June 22, 2017 |

1

SUPPLEMENTAL DECLARATION OF JONATHAN MELMED IN SUPPORT OF PLAINTIFFS'
MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

# SUPPLEMENTAL DECLARATION OF JONATHAN MELMED

I, Jonathan Melmed, declare as follows:

1. I am an attorney licensed to practice law before this court and the federal and state courts of California. I am over 18 years of age. Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and if called upon to testify, could and would testify competently thereto.

2. I am a founding shareholder in the law firm of Melmed Law Group P.C. ("Class Counsel" or "Plaintiffs' Counsel"), who, together with my co-counsel listed on the signature page on the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. No. 714), serve as attorneys of record for Curtis Markson, Mark McGeorge, Clois McClendon, and Eric Clark ("Plaintiffs") and the proposed Settlement Classes in the above-captioned matters. The Defendants in this matter are CRST International, Inc., CRST Expedited, Inc., C.R. England, Inc., Western Express, Inc., Schneider National Carriers, Inc., Southern Refrigerated Transport, Inc., Covenant Transport, Inc., Paschall Truck Lines, Inc., and Stevens Transport, Inc. ("Defendants").

3. On January 20, 2023, Plaintiffs filed their Motion for Final Approval of Class Action Settlement. Dkt. No. 714 (the "Final Approval Motion").

4. In the Final Approval Motion, Plaintiffs stated that "14 prospective Class Members … have submitted valid requests for exclusion to opt out of the Settlement Agreement…" Final Approval Motion at 11, citing to Declaration of Kimberly K. Ness regarding Settlement Administration at ¶ 15 (Dkt No. 714-3).

5. However, after the filing of the Final Approval Motion, JND Legal Administration ("Settlement Administrator") informed Plaintiffs' counsel that one additional request for exclusion was timely mailed, but was received after the exclusion deadline.

6. Pursuant to the Supplemental Declaration of Kimberly K. Ness Regarding Exclusions, filed concurrently herewith: "I previously submitted a declaration regarding settlement administration (dated January 20, 2023). I am submitting this supplemental declaration to report on an additional exclusion request received…[a]s stated in paragraph 15 of my declaration regarding settlement administration, as of January 16, 2023, JND received fourteen exclusion requests…After January 16, 2023, JND received an additional timely postmarked exclusion request…[Accordingly], [a]s of February 7, 2023, JND has received fifteen timely exclusion requests." Supplemental Declaration of Kimberly K. Ness Regarding Exclusions ¶¶ 3-6.

7. To that end, Plaintiffs file concurrently herewith their Amended Proposed Order, which amends paragraph 5 (amended from "14 Class Members requested exclusion" to "15 Class Members requested exclusion") and adds the name of the fifteenth Class Member that requested exclusion, Carlos Udave.

I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct on this Monday, February 13, 2023, at Los Angeles, California.

_____
**JONATHAN MELMED**

SUPPLEMENTAL DECLARATION OF JONATHAN MELMED IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT